UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13539 |
| | | CHAPTER 13 |
| SUSAN M. KRAUS | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916534 | $15.95 |

Creditor(s)
Cincinnati Bell
201 E 4th Street
Cincinnati, Ohio 45202


                        Respectfully submitted,

                    /s/    Margaret A. Burks, Esq.
                           Margaret A. Burks, Esq.
                           Chapter 13 Trustee
                           Attorney No. OH 0030377

                           Francis J. DiCesare, Esq.
                           Staff Attorney
                           Attorney No. OH 0038798

                           Karolina F. Perr, Esq.
                           Staff Attorney
                           Attorney No. OH 0066193

                           600 Vine Street, Suite 2200
                           Cincinnati, OH 45202
                           (513) 621-4488
                           (513) 621 2643 (Facsimile)
                           mburks@cinn13.org - Correspondence only
                           fdicesare@cinn13.org
                           kperr@cinn13.org
                           cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 12, 2010.

                                          /s/    Margaret A. Burks, Esq.
                                                               Margaret A. Burks, Esq.

Cincinnati Bell
201 E 4th Street
Cincinnati, Ohio 45202

Debtor(s) Counsel
ERIC A. STEIDEN, ESQ.
830 MAIN STREET
SUITE 401
CINCINNATI, OH  45202

Debtor(s)
SUSAN M. KRAUS
6046 WEBER OAKS DRIVE
LOVELAND, OH  45140

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Cincinnati Bell
221 E 4th Street
ML 347-200
Cincinnati, Ohio  45202

Registry_Deposit_for_Creditor